# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

NATASHA JOHNSON

                                           **CIVIL ACTION**

VERSUS

                                     **NO.   07-590-FJP-CN**

CAROLINA CASUALTY
INSURANCE COMPANY, ET AL

# O R D E R

Considering the Status Report filed December 21, 2007, and the proposed discovery schedule therein, as amended;

**IT IS ORDERED** that the scheduling conference set for January 10, 2008, is hereby **CANCELLED.**

**IT IS FURTHER ORDERED** that a telephone status conference is set in this matter for **FRIDAY, MARCH 7, 2008, at 10:30 A.M.**  Plaintiff's counsel will initiate the conference call to Chambers at 225-389-3592.

**IT IS FURTHER ORDERED** that in accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1.    The deadline for amending the complaint, or adding new parties, claims, counterclaims or cross claims:    **March 1, 2008**

2.    Deadlines for completion of fact discovery:

    a.    Exchanging initial disclosures required by FRCP 25(a)(1):

        **Waived**

  b. Filing all discovery motions and completing all discovery, except experts:

    **July 30, 2008**

3. Disclosure of identities and resumes of expert witnesses must be completed as follows:

    **Plaintiff:**    **April 1, 2008**

    **Defendants:**   **May 1, 2008**

4. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff:**    **May 1, 2008**

    **Defendants:**   **July 1, 2008**

5. Experts may be deposed **through September 30, 2008.**

6. All dispositive motions must be filed **on or before October 1, 2008.**

Signed in chambers in Baton Rouge, Louisiana, January 7, 2008.

        _____

       **MAGISTRATE JUDGE CHRISTINE NOLAND**