UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATASHA JOHNSON                                    CIVIL ACTION NO. 3:07-cv-00590

VERSUS                                             JUDGE POLOZOLA

CAROLINA CASUALTY INSURANCE COMPANY      MAG JUDGE NOLAND
KUHN TRANSPORTATION, INC. AND
WALTER RUFUS POPE

### DISMISSAL ORDER

Considering the foregoing Unopposed Voluntary Motion to Dismiss;

**IT IS ORDERED** that the motion is granted and that all claims asserted in this action are hereby dismissed, with prejudice, and each party to bear its own costs.

**BATON ROUGE, LOUISIANA,** this 2 day of _____Oct._____, 2008.

JUDGE: _____

**JUDGE**

1